**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James G. Martis
Cheryl A. Martis**
Debtor(s)

Bankruptcy Case No.: 14−23893−JAD
Doc. No. 133
Chapter: 13
Docket No.: 134 − 133

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of February, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/24/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **4/3/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/24/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-23893-JAD
James G. Martis                                                     Chapter 13
Cheryl A. Martis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2           Date Rcvd: Feb 26, 2020
                              Form ID: 408            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db/jdb         +James G. Martis,    Cheryl A. Martis,    1614 Irey Street,    Monongahela, PA 15063-1129
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr              U.S. Bank Trust National Association, not in its i,   c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
13928894       +Allied Data Corporation,    13111 Westheimer Suite 400,    Houston, TX 77077-5547
13928895       +Associated Credit Services,    105B South Street,    P.O. Box 9100,    Hopkinton, MA 01748-2206
13928896        Beneficial Mortgage Co. of Pennsylvania,    P. O. Box 5233,    Carol Stream, IL 60197-5233
13928901       +CBE Group,    131 Tower Park Drive,    Suite 100,    Waterloo, IA 50701-9374
13928897       +Carol Township,    c/o Timothy A. Matesich,    104 Maple Avenue,    Monongahela, PA 15063-1134
13928898       +Carol Township,    c/o Washington Tax Claim Bureau,    100 West Beau Street,
                 Washington, PA 15301-4432
13928899        Carroll Township,    c/o Pa.M.S,    336 Delaware Ave., Dept. P-CA,    Oakmont, PA 15139-2138
14027917        Carroll Twp.,    c/o Pa.M.S,    336 Delaware Ave., Dept. W-44,    Oakmont, PA 15139-2138
13928902       +Chesapeake Appalachia LLC,    6100 N. Western Avenue,    Oklahoma City, OK 73118-1044
14880430       +Citibank, N.A., as trustee for CMLTI Asset Trust,    C/O Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13966689        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13928904        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
13928905        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175-0848
13928907       +FMCI Mass Market,    P.O. Box 3243,    Bloomington, IL 61702-3243
13928909       +HFC,    P.O. Box 3425,    Buffalo, NY 14240-3425
13975097       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13928910       +IC Systems Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13928913        Jefferson Regional Medical Center,    PO Box 643054,    Pittsburgh, PA 15264-3054
13928912        Jefferson Regional Medical Center,    P. O. Box 3475,    Toledo, OH 43607-0475
14085382       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13928916       +OSPTA,    625 Lincoln Ave.,    Charleroi, PA 15022-2451
13928919       +PDL Technologies,    P.O. Box 140,    Box Elder, MT 59521-0140
13928921       +Pittsburgh Bone & Spine,    PO Box 645038,    Pittsburgh, PA 15264-5038
13946476       +Ringgold School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13945196       +Ringgold School District (Carroll Township),    Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13928924       +Ringold School District,    c/o Timothy A. Matesich,    104 Maple Avenue,
                 Monongahela, PA 15063-1134
13928922       +Ringold School District,    Keystone Collections,    c/o Kratzenberg & Lazzaro,    546 Wendel Road,
                 Irwin, PA 15642-7539
13928923       +Ringold School District,    c/o Portnoff Law Associates,    P.o. box 3020,
                 Norristown, PA 19404-3020
13928925        Security Credit Services,    2623 West Oxford Loop,    Oxford, MS 38655-5442
13928926       +Stern & Associates,    415 N. Edgeworth Street,    Greensboro, NC 27401-2071
14925997        U.S. Bank Trust National Association,,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
13928927       +Washington County,    100 West Beau Street,    Attn: Francis King, County Treasurer,
                 Washington, PA 15301-4432
13928928       +Washington County Tax Claim Bureau,    100 West Beau Street Ste. 205,
                 Washington, PA 15301-4483
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13928893       +E-mail/Text: EBNProcessing@afni.com Feb 27 2020 03:20:40      AFNI,    404 Brock Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
13928903       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 27 2020 03:21:03
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13928906       +E-mail/Text: bankruptcy@fncbinc.com Feb 27 2020 03:19:13      First National Collections Bureau,
                 610 Waltham Way,    Sparks, NV 89437-6695
13928908        E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2020 03:25:30      Greentree Servicing, LLC,
                 7360 South Kyrene Road,    Tempe, AZ 85283-4583
13928911        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 27 2020 03:19:41      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13928914       +E-mail/Text: ebn@ltdfin.com Feb 27 2020 03:19:45      LTD Financial Services,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13928915        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:38:12      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
13928917       +E-mail/Text: csc.bankruptcy@amwater.com Feb 27 2020 03:21:38      PA American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
13928918       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:20:15      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13944607        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:20:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 10
```

```
District/off: 0315-2              User: msch                    Page 2 of 2                   Date Rcvd: Feb 26, 2020
                                  Form ID: 408                  Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BENEFICIAL CONSUMER DISCOUNT COMPANY
cr              HSBC Mortgage Services
cr              LSF9 Master Participation Trust, by Caliber Home L
cr              U.S. Bank Trust National Association, not in its i
cr*            +Citibank, N.A., as trustee for CMLTI Asset Trust,    c/o Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr*            +Ringgold School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13928920*      +PDL Technologies,    PO Box 140,    Box Elder, MT 59521-0140
13928900      ##+Carroll Township Sewage Authority,    P.O. Box 661,    Donora, PA 15033-0661
                                                                                           TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

```
          Christopher M. Frye   on behalf of Debtor James G. Martis chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye   on behalf of Joint Debtor Cheryl A. Martis chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Elizabeth Lamont Wassall    on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY
           pabk@logs.com, ewassall@logs.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP3
           bkgroup@kmllawgroup.com
          James P. Valecko    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
           Inc., solely in its capacity as servicer jvalecko@weltman.com,   PitEcf@weltman.com
          James R. Wood   on behalf of Creditor    Ringgold School District jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Stuart P. Winneg   on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY swinneg@udren.com,
           cblack@udren.com
          Stuart P. Winneg   on behalf of Creditor    HSBC Mortgage Services swinneg@udren.com,
           cblack@udren.com
                                                                                             TOTAL: 10
```