**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/25/20 5:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES G. MARTIS
CHERYL A. MARTIS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 14-23893-JAD

Chapter 13

Related to Doc. No. 133

**ORDER OF COURT**

    AND NOW, this 25th day of March, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2 The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    */s/ Jeffery A. Deller*   mas
    JEFFERY A. DELLER
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 14-23893-JAD
James G. Martis                                                                         Chapter 13
Cheryl A. Martis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: aala                  Page 1 of 2                 Date Rcvd: Mar 25, 2020
                                Form ID: pdf900             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
```
db/jdb         +James G. Martis,    Cheryl A. Martis,    1614 Irey Street,    Monongahela, PA 15063-1129
cr             +Beneficial Consumer Discount Company,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr              U.S. Bank Trust National Association, not in its i,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
13928894       +Allied Data Corporation,    13111 Westheimer Suite 400,    Houston, TX 77077-5547
13928895       +Associated Credit Services,    105B South Street,    P.O. Box 9100,    Hopkinton, MA 01748-2206
13928896        Beneficial Mortgage Co. of Pennsylvania,    P. O. Box 5233,    Carol Stream, IL 60197-5233
13928901       +CBE Group,    131 Tower Park Drive,    Suite 100,    Waterloo, IA 50701-9374
13928897       +Carol Township,    c/o Timothy A. Matesich,    104 Maple Avenue,    Monongahela, PA 15063-1134
13928898       +Carol Township,    c/o Washington Tax Claim Bureau,    100 West Beau Street,
                 Washington, PA 15301-4432
13928899        Carroll Township,    c/o Pa.M.S,    336 Delaware Ave., Dept. P-CA,    Oakmont, PA 15139-2138
14027917        Carroll Twp.,    c/o Pa.M.S,    336 Delaware Ave., Dept. W-44,    Oakmont, PA 15139-2138
13928902       +Chesapeake Appalachia LLC,    6100 N. Western Avenue,    Oklahoma City, OK 73118-1044
14880430       +Citibank, N.A., as trustee for CMLTI Asset Trust,    C/O Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13966689        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13928904        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
13928905        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175-0848
13928907       +FMCI Mass Market,    P.O. Box 3243,    Bloomington, IL 61702-3243
13928909       +HFC,    P.O. Box 3425,    Buffalo, NY 14240-3425
13975097       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
13928910       +IC Systems Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13928913        Jefferson Regional Medical Center,    PO Box 643054,    Pittsburgh, PA 15264-3054
13928912        Jefferson Regional Medical Center,    P. O. Box 3475,    Toledo, OH 43607-0475
14085382       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13928916       +OSPTA,    625 Lincoln Ave.,    Charleroi, PA 15022-2451
13928919       +PDL Technologies,    P.O. Box 140,    Box Elder, MT 59521-0140
13928921       +Pittsburgh Bone & Spine,    PO Box 645038,    Pittsburgh, PA 15264-5038
13946476       +Ringgold School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13945196       +Ringgold School District (Carroll Township),    Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13928924       +Ringold School District,    c/o Timothy A. Matesich,    104 Maple Avenue,
                 Monongahela, PA 15063-1134
13928922       +Ringold School District,    Keystone Collections,    c/o Kratzenberg & Lazzaro,    546 Wendel Road,
                 Irwin, PA 15642-7539
13928923       +Ringold School District,    c/o Portnoff Law Associates,    P.o. box 3020,
                 Norristown, PA 19404-3020
13928925        Security Credit Services,    2623 West Oxford Loop,    Oxford, MS 38655-5442
13928926       +Stern & Associates,    415 N. Edgeworth Street,    Greensboro, NC 27401-2071
14925997        U.S. Bank Trust National Association,,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
13928927       +Washington County,    100 West Beau Street,    Attn: Francis King, County Treasurer,
                 Washington, PA 15301-4432
13928928       +Washington County Tax Claim Bureau,    100 West Beau Street Ste. 205,
                 Washington, PA 15301-4483
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13928893       +E-mail/Text: EBNProcessing@afni.com Mar 26 2020 04:54:29      AFNI,    404 Brock Drive,
                 P.O. Box 3517,    Bloomington, IL 61702-3517
13928903       +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 26 2020 04:55:06
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13928906       +E-mail/Text: bankruptcy@fncbinc.com Mar 26 2020 04:51:15      First National Collections Bureau,
                 610 Waltham Way,    Sparks, NV 89437-6695
13928908        E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2020 04:45:14      Greentree Servicing, LLC,
                 7360 South Kyrene Road,    Tempe, AZ 85283-4583
13928911        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 26 2020 04:52:05      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
13928914       +E-mail/Text: ebn@ltdfin.com Mar 26 2020 04:52:13      LTD Financial Services,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13928915        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 26 2020 05:07:46      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
13928917       +E-mail/Text: csc.bankruptcy@amwater.com Mar 26 2020 04:56:00      PA American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
13928918       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:23      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13944607        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                              TOTAL: 10
```

```
District/off: 0315-2              User: aala                    Page 2 of 2                  Date Rcvd: Mar 25, 2020
                                  Form ID: pdf900               Total Noticed: 46


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BENEFICIAL CONSUMER DISCOUNT COMPANY
cr               HSBC Mortgage Services
cr               LSF9 Master Participation Trust, by Caliber Home L
cr               U.S. Bank Trust National Association, not in its i
cr*             +Citibank, N.A., as trustee for CMLTI Asset Trust,    c/o Fay Servicing, LLC,
                  3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr*             +Ringgold School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
13928920*       +PDL Technologies,    PO Box 140,    Box Elder, MT 59521-0140
13928900       ##+Carroll Township Sewage Authority,    P.O. Box 661,    Donora, PA 15033-0661
                                                                                             TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:

```
              Christopher M. Frye    on behalf of Debtor James G. Martis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Cheryl A. Martis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Elizabeth Lamont Wassall    on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY
               pabk@logs.com, ewassall@logs.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-RP3
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans,
                Inc., solely in its capacity as servicer jvalecko@weltman.com, PitEcf@weltman.com
              James R. Wood    on behalf of Creditor    Ringgold School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    BENEFICIAL CONSUMER DISCOUNT COMPANY swinneg@udren.com,
               cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    HSBC Mortgage Services swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 10
```