UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:  
    JAMES G. MARTIS  
    CHERYL A. MARTIS  
        Debtor(s)

Case No. 14-23893JAD

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/26/2014.

2) The plan was confirmed on 12/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 04/22/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/20/2017, 04/12/2018, 01/14/2019.

5) The case was completed on 01/02/2020.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,064.58.

10) Amount of unsecured claims discharged without payment: $33,612.78.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $122,955.85 |
| Less amount refunded to debtor | $8,018.41 |

**NET RECEIPTS:** **$114,937.44**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,718.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$8,118.12**

Attorney fees paid and disclosed by debtor:    $600.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI++ | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORP++ | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CREDIT SVC++ | Unsecured | 419.00 | NA | NA | 0.00 | 0.00 |
| CARROLL TOWNSHIP (EIT)** | Priority | 1,709.00 | 459.22 | 459.22 | 459.22 | 0.00 |
| CARROLL TOWNSHIP (EIT)** | Unsecured | 0.00 | 12,327.02 | 12,327.02 | 456.91 | 0.00 |
| CARROLL TOWNSHIP (PERCAPITA)*' | Unsecured | NA | 357.50 | 357.50 | 13.25 | 0.00 |
| CARROLL TOWNSHIP (PERCAPITA)*' | Unsecured | NA | 357.50 | 357.50 | 13.25 | 0.00 |
| CARROLL TOWNSHIP AUTHORITY | Secured | 1,756.64 | NA | 1,500.75 | 1,500.75 | 515.94 |
| CBE GROUP++ | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 26,486.17 | 26,713.90 | 26,713.90 | 990.18 | 0.00 |
| FIRST NATIONAL COLLECTION++ | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| FMCI MASS MARKET++ | Unsecured | 95.79 | NA | NA | 0.00 | 0.00 |
| HFC-USA++ | Unsecured | 13,254.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 1,607.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 8,846.00 | 6,338.94 | 6,338.94 | 6,338.94 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 802.14 | 802.14 | 29.74 | 0.00 |
| JEFFERSON REGIONAL MEDICAL SV( | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON REGIONAL MEDICAL SV( | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SVCS++ | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC & SPORTS PT ASSOCIA | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMEF | Unsecured | 316.42 | 52.47 | 52.47 | 1.95 | 0.00 |
| PA AMERICAN WATER(*) AKA AMEF | Unsecured | NA | 52.47 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 36.25 | 36.25 | 1.34 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 533.00 | 234.74 | 234.74 | 234.74 | 0.00 |
| PDL TECHNOLOGIES | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| PDL TECHNOLOGIES | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH BONE AND JOINT SURC | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| RINGGOLD SD (CARROLL TWP) (EIT) | Unsecured | 632.00 | 241.50 | 241.50 | 8.95 | 0.00 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 0.00 | 0.00 | 18.84 | 18.84 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 0.00 | 439.92 | 303.09 | 303.09 | 0.00 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 0.00 | 0.00 | 851.47 | 851.47 | 341.68 |
| RINGGOLD SD (CARROLL TWP) RE** | Secured | 0.00 | 1,386.00 | 337.50 | 337.50 | 238.54 |
| SECURITY CREDIT SERVICES LLC* | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| STERN & ASSOC P A | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE | Priority | 0.00 | 844.00 | 844.00 | 844.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE | Priority | 0.00 | 450.00 | 450.00 | 450.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE | Priority | 0.00 | 3,251.74 | 3,251.74 | 3,251.74 | 0.00 |
| US BANK TRUST NA - TRUSTEE | Priority | 0.00 | 1,366.54 | 1,366.54 | 1,366.54 | 0.00 |
| US BANK TRUST NA - TRUSTEE | Secured | 102,000.00 | 108,155.64 | 0.00 | 66,201.66 | 0.00 |
| US BANK TRUST NA - TRUSTEE | Secured | 0.00 | 21,782.80 | 21,782.80 | 21,782.80 | 0.00 |
| WASHINGTON COUNTY TAX CLM BU | Secured | 3,903.78 | 0.00 | 145.23 | 145.23 | 86.85 |
| WASHINGTON COUNTY TAX CLM BU | Secured | NA | NA | 17.54 | 17.54 | 16.68 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $66,201.66 | $0.00 |
| Mortgage Arrearage | $21,782.80 | $21,782.80 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,174.42 | $3,174.42 | $1,199.69 |
| **TOTAL SECURED:** | **$24,957.22** | **$91,158.88** | **$1,199.69** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,945.18 | $12,945.18 | $0.00 |
| **TOTAL PRIORITY:** | **$12,945.18** | **$12,945.18** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,888.28** | **$1,515.57** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,118.12 |
| Disbursements to Creditors | $106,819.32 |
| **TOTAL DISBURSEMENTS**: | **$114,937.44** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/05/2020                                By: /s/ Ronda J. Winnecour
                                                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**